■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICARDO FERGUSON, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Kooper, J.), rendered September 13, 1984, convicting him of criminal sale of a controlled substance in the third degree (three counts), criminal possession of a controlled substance in the third degree (three counts), and unlawful possession of marihuana, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contentions concerning the admission of bolstering testimony *(see, People v Trowbridge,* 305 NY 471), and the trial court's charge with reference thereto, have not been preserved for appellate review (CPL 470.05 [2]), and we decline to review them in the exercise of our interest of justice jurisdiction.

We have considered the remaining contentions raised in the defendant's *pro se* supplemental brief and addendum, and find them to be either unpreserved for appellate review or without merit. Mangano, J. P., Brown, Sullivan and Harwood, JJ., concur.